No. 443.  STATE v. W. J. POTSELL; from Buncombe County.  Appeal by defendant.  Mr. Zeb V. Walser, Attorney General, for plaintiff; Mr. H. B. Stevens for defendant.

*Per Curiam:* Appeal dismissed, April 26, 1898, under ruling in State v. Ray, (Bennie,) *ante.*

No. 456.  D. W. ALLEN v. F. M. HAMMOND; from Madison County.  Appeal by plaintiff.  Mr. J. M. Gudger, for defendant.

*Per Curiam:* Dismissed, April 28, 1898, for defective record.

No. 468.  J. H. CLONTZ v. J. J. SIMONDS; from Cherokee County.  Appeal by defendant.  Mr. J. W. Cooper, for defendant.

*Per Curiam:* Judgment affirmed, May 11, 1898.

No. 489.  E. EVERETT et al v. J. F. SHUFFLER; from Swain County.  Appeal by plaintiff.  Mr. G. S. Ferguson, for plaintiff.

*Per Curiam:* Judgment affirmed, May 3, 1898.

No 495.  W. L. HENRY v. W. L. HILLIARD et al; from Haywood County.  Appeal by defendant.  Mr. T. H. Cobb, for defendant.

*Per Curiam:* Motion under Rule 31 allowed, May 3, 1898.

No. 499.  B. P. CHATFIELD v. W. W. STRINGFIELD et al; from Haywood County.  Appeal by plaintiff.  Mr. H. R. Ferguson, for defendants.

*Per Curiam:* Dismissed, April 27, 1898, under Rule 17.